UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEREMIAH A. DEWEY,

        Petitioner,        Case No. 2:18-cv-13593
                                    Hon. Nancy G. Edmunds

v.

CONNIE HORTON,

        Respondent.
_____/

## JUDGMENT

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that permission to appeal in forma pauperis is **DENIED**.

Dated at Detroit, Michigan, this 12th, day of July, 2019.

                                                                DAVID J. WEAVER
                                                                CLERK OF THE COURT

APPROVED:
                                                                BY:  s/ L. Bartlett
                                                                DEPUTY CLERK

s/ Nancy G. Edmunds
Nancy G. Edmunds
United States District Court